IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIN M SCHUHARDT,

    Petitioner,

v.                                                              CASE NO. 1:07-cv-00014-MP-WCS

MICHAEL J ASTRUE,
LINDA S MCMAHON,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, the parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections, but none have been filed. The Court agrees that the Administrative Law Judge gave proper weight to the opinions of the treating physicians, properly considered the Claimant's subjective complaints of pain, and did not fail to develop a proper record.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _28th_ day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge